===============================================================================

# \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

<u>      NORTHERN      </u>   **DISTRICT OF**   <u>      NEW YORK      </u>

**JUDGMENT  IN A CIVIL CASE**

**DOCKET NO.  9:13-cv-16 (GLS)**

**LAMOUNT GREEN**

v.

**WILLIAM HAGGETT**

| | |
|---|---|
| <u>          </u> | **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
| <u>     X     </u> | **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been  rendered. |

**IT IS ORDERED AND ADJUDGED, that the petition for a writ of habeas corpus, Dkt. No. 1, is DENIED in its entirety and DISMISSED.  That no certificate of appealability shall issue in this case because petitioner has failed to make a "substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2), in accordance with the Decision and Order issued by Chief Judge Gary L. Sharpe on July 31, 2014.**

<u>     July 31, 2014     </u>                               <u>     **LAWRENCE K. BAERMAN**     </u>
                                                                                CLERK OF THE COURT


                                                          BY:     <u>   S/                              </u>
                                                                                    DEPUTY CLERK
                                                                                       John Law